IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHIPBOARD ELECTRICAL & AIR, INC.
    Plaintiff/Counterclaim Defendant,

vs.                                                                     CASE NO. 3:11: CV-582-J-32-MCR

NEWCASTLE SHIPYARDS, LLC and
ALPHA MARITIME LIMITED,
    Defendants/Counterclaim Plaintiffs.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shipboard Electrical & Air, Inc., and Defendants, Newcastle Shipyards, LLC and Alpha Maritime Limited, pursuant to Rule 41(a)(1)(A)(ii) & (c), Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this action, each side to bear its own attorneys' fees and costs.

Dated this 20th day of December, 2012.

| /s Kenneth A. Watson | /s Timothy J. Conner (with consent) |
|---|---|
| Kenneth A. Watson | Timothy J. Conner, Esq. |
| Jones, Walker, Waechter, Poitevent, Carrere | Florida Bar No. 767580 |
| & Denegre L.L.P. | Jennifer A. Mansfield, Esq. |
| 254 State Street | Florida Bar No. 186724 |
| Mobile, Alabama 36603-6474 | HOLLAND & KNIGHT LLP |
| kwatson@joneswalker.com | 50 North Laura Street, Suite 3900 |
| Tel. 251.432.1414 | Jacksonville, Florida 32202 |
| Fax: 251.433.4106 | Telephone: (904) 353-2000 |
| *Attorneys for Plaintiff* | Facsimile: (904) 358-1872 |
| | jennifer.mansfield@hklaw.com |
| | timothy.conner@hklaw.com |
| | *Attorneys for Defendants* |
| | |
| | David W. McCreadie |
| | Lau, Lane, Pieper, Conley & McCreadie, P.A. |
| | 100 S. Ashley Drive, Suite 1700 |
| | Tampa, Florida 33602 |
| | dmccreadie@laulane.com |
| | Fax: 813.228.7710 |
| | *Attorneys for Defendants* |